**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1651**

─────────────

ROBERT PAUL SHARPE,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:23-cv-01673-BO-RN)

─────────────

Submitted:  August 28, 2025                                    Decided:  September 2, 2025

─────────────

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert Paul Sharpe, Appellant Pro Se.  Jaynie Lilley, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Paul Sharpe appeals the district court's order denying his motion to amend his complaint and dismissing his civil action in which he alleged that the Inspector General for the United States Department of Veterans Affairs unlawfully withheld or unreasonably delayed action in connection with his claims of whistleblower reprisal. In this court, Sharpe has filed a motion for affirmative relief. We have reviewed the record and find no reversible error. Accordingly, we deny Sharpe's motion for affirmative relief and affirm the district court's order. *Sharpe v. United States*, No. 7:23-cv-01673-BO-RN (E.D.N.C. July 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*